# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BARBARA MCCASTLER,

    Plaintiff,

-vs-               Case No. 6:07-cv-1684-Orl-28UAM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
___

# ORDER

This case is before the Court on Plaintiff's appeal to the district court from a final decision of the Commissioner of Social Security ("Commissioner") denying her application for disability benefits (Doc. No. 1) filed October 22, 2007. The United States Magistrate Judge has submitted a report recommending that the Commissioner's decision be reversed and remanded under sentence four of 42 U.S.C. § 405(g).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

  1. That the Report and Recommendation filed February 27, 2009 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

  2. The Commissioner's decision is **REVERSED and REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings to allow

the Administrative Law Judge ("ALJ") to make specific findings regarding the weight accorded to examining and non-examining physicians.

3. After remand, the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __16__ day of March, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party