BARBARA MCCASTLER,

        Plaintiff,

-vs-                         Case No. 6:07-cv-1684-Orl-28GJK

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

## ORDER

This case is before the Court on Plaintiff's Amended Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Doc. No. 28) filed June 18, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed September 25, 2009 (Doc. No. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Plaintiff's Amended Motion for Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA") (Doc. No. 28) is **GRANTED**.

3.      The Commissioner is directed to pay $5,140.94 in EAJA fees directly to Plaintiff's counsel.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _2̶6̶_ day of October, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party