# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BARBARA MCCASTLER,**

      **Plaintiff,**

**-vs-**                                              **Case No. 6:07-cv-1684-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

_____

## ORDER

This case is before the Court on Shea A. Fugate's Amended Unopposed Request for Authorization to Charge a Reasonable Fee and Memorandum on Reasonable Fees Pursuant to 42 U.S.C. § 406(b) (Doc. No. 38) filed May 14, 2014. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 16, 2014 (Doc. No. 39) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Shea A. Fugate's Amended Unopposed Request for Authorization to Charge a Reasonable Fee and Memorandum on Reasonable Fees Pursuant to 42 U.S.C. § 406(b) (Doc. No. 38) filed May 14, 2014 is **GRANTED**.

3. Shea A. Fugate is authorized to charge and collect from Plaintiff the sum of $11,397.81 in attorney's fees pursuant to 42 U.S.C. § 406(b).

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 3rd day of June, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record